UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SULA BAYE,

      Plaintiff,

                        CASE NO. 2:12-CV-12869
                        JUDGE GEORGE CARAM STEEH
                        MAGISTRATE JUDGE PAUL J. KOMIVES

  v.

HBI BRANDED APPAREL
ENTERPRISES, L.L.C. and
PAYLESS SHOESOURCE, INC.,

      Defendant.
_____/

### ORDER RESOLVING DEFENDANT'S MOTION TO COMPEL (Doc. Ent. 30)

Upon agreement of the parties, defendant's April 25, 2013 motion to compel discovery (Doc. Ent. 30) is DEEMED RESOLVED. Discovery is extended from April 30, 2013 to July 31, 2013. The date by which dispositive motions must be filed is adjourned from May 31, 2013 to August 31, 2013.

Furthermore, plaintiff is ordered to appear for deposition within the new discovery period and to cooperate in scheduling plaintiff's treating physician's deposition within the new discovery period.

IT IS SO ORDERED.

The attention of the parties is drawn to Fed. R. Civ. P. 72(a), which provides a period of fourteen (14) days from the date of receipt of a copy of this order within which to file objections for consideration by the district judge under 28 U.S.C. § 636(b)(1).

                                  s/ Paul J. Komives
                                  PAUL J. KOMIVES
Dated: May 23, 2013         UNITED STATES MAGISTRATE JUDGE

## PROOF OF SERVICE

I hereby certify that a copy of this order was served upon Counsel of Record on this date.

Dated: May 23, 2013    s/ Lisa C. Bartlett
                       Case Manager